UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES P. BLOUNT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. |
| | ) |
| METROPOLITAN POLICE DEPARTMENT | ) |
| OF THE CITY OF ST. LOUIS, ST. LOUIS | ) **JURY TRIAL DEMANDED** |
| CITY POLICE CHIEF, SAMUEL DOTSON, | ) |
| CITY OF ST. LOUIS BOARD OF POLICE | ) |
| COMMISSIONERS, KEITH S. MAJOR, | ) |
| NICHOLAS R. SHELTON, ERICH J. | ) |
| VONNIDA, EZELL T. CODY, JR., | ) |
| ZACHARY NICHOLAY, MATTHEW | ) |
| MILLER, ALBERT NAPIER, JOHN DOE | ) |
| HBS, CO., also known as, HUDSON | ) |
| SERVICES, PINNACLE ENTERTAINMENT | ) |
| INC. &/or CASINO ONE CORPORATION | ) |
| &/or TROPICANA ENTERTAINMENT, INC., | ) |
| as successor, all also known as LUMIERE | ) |
| CASINO, also known as LUMIERE PLACE & | ) |
| HOTELS, also known as LUMIERE PLACE | ) |
| CASINO & HOTELS, and MATTHEW | ) |
| HARMON, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendants Metropolitan Police Department of the City of St. Louis, St. City Police Chief Samuel Dotson, City of St. Louis board of Police Commissioners, Zachary Nicholay, Matthew Miller, and Albert Napier

hereby notify this Court of the removal of the case styled *James P. Blount v. Metropolitan Police Department of the City of St. Louis, et al.* Case No. 1522-CC-00049, from the Circuit Court of the City of St. Louis, State of Missouri, to this Court. As grounds for this removal, Defendants state:

1.  On January 6, 2015, plaintiff filed suit against defendants in the Circuit Court of City of St. Louis, State of Missouri, in *James P. Blount v. Metropolitan Police Department of the City of St. Louis, et al.*, Case No. 1522-CC00049.

2.  Plaintiff alleges violations of 42 U.S.C. § 1983 and 1988 for deprivation of Plaintiff's constitutional rights.

3.  Plaintiff effected service on January 21, 2015. Defendants have removed this case within thirty days thereafter. Such removal is timely under 28 U.S.C. § 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-355 (1999).

4.  Pursuant to Local Rule 2.03 a copy of all process, pleadings, orders and other documents on file in the State court are attached as Exhibit A.

5.  Venue is proper in this District under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action has been pending.

6. This Court has original jurisdiction over plaintiff's civil rights lawsuit under 28 U.S.C. § 1331.

7. Defendants Metropolitan Police Department, Samuel Dotson, City of St. Louis Board of Police Commissioners, Zachary Nicholay, Matthew Miller, and Albert Napier consent to and request this action's removal to the United States District Court for the Eastern District, Eastern Division. Further, Keith S. Major, Nicholas R. Shelton, Erich Vonnida, Ezell T. Cody, Jr., John Doe, HBS, Co., Pinnacle Entertainment, Inc., Tropicana Entertainment, Inc., and Matthew Harmon consents to this removal.

8. Defendants file herewith a filing fee in the amount of $400.00 and the proof of filing the notice of removal with the Clerk of the State court.

WHEREFORE, defendants petition this Court for removal of *James P. Blount v. Metropolitan Police Department of the City of St. Louis et al.*, Case No. 1522-CC-00049, from the Circuit Court of the city of St. Louis, State of Missouri, to this Court.

Respectfully submitted,

CHRIS KOSTER
Attorney General

_____
Philip Sholtz, #57375
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
(314) 340-7861
Philip.Sholtz@ago.mo.gov
*Attorneys for defendants* Metropolitan Police Department, Samuel Dotson, City of St. Louis Board of Police Commissioners, Zachary Nicholay, Matthew Miller, and Albert Napier

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was mailed via first-class mail, postage prepaid, this 19th day of February, 2015, to:

Douglas Barrett Rudman
2611 South Big Bend
St. Louis, MO 63143
*Attorneys for Plaintiff*

_____
Assistant Attorney General

4