UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| James P. Blount, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 4:15CV-322 JAR |
| v. | ) |
| | ) |
| City of St. Louis, Missouri et al., | ) |
| | ) |
| Defendants. | ) |

<u>ORDER</u>

After a review of the case, I have determined that I should disqualify myself to avoid any potential appearance of impropriety.  <u>See</u> 28 U.S.C. § 455.  I will therefore direct the Clerk of Court to assign the case randomly to a different Judge.  Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall randomly reassign the case to another judge.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2015.